UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
LEANDRO IACONO, DEBORAH COLLINS, and :
ULYSSES McGHEE, individually and on behalf :
of all others similarly situated,                                    :         13 Civ. 4674 (CM)
                                                                                  :
                Plaintiffs,                            :
                                                                                  :
     v.                                                         :
                                                                                  :
BITINSTANT, LLC,                                                   :
                                                                                  :
                Defendant.                            :
------------------------------------------------------------------x

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

     I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:  Defendant BitInstant, LLC.

DATED:  August 21, 2013         **PERKINS COIE LLP**

                                                 By   s/ Jalina J. Hudson
                                                        Jalina J. Hudson

                                                        Perkins Coie LLP
                                                        30 Rockefeller Plaza
                                                        New York, NY   10112
                                                        Tel:  (212) 262-6900
                                                        Fax: (212) 399-8056
                                                        jhudson@perkinscoie.com


                                                        Attorneys for Defendant, BitInstant, LLC