UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
LEANDRO IACONO, DEBORAH COLLINS, :
and ULYSSES McGHEE, individually and on
behalf of all others similarly situated, : CASE NO. 13-cv-04674-CM

        Plaintiffs, : NOTICE OF DEFENDANT BITINSTANT, LLC'S MOTION TO DISMISS THE AMENDED COMPLAINT

  -against- :

BITINSTANT, LLC,
                                  :
        Defendant.
----------------------------------------- X

      **PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law, Defendant BitInstant, LLC ("BitInstant"), will move this Court, before the Honorable Colleen McMahon, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 14C, New York, New York 10007, as soon as the Parties may be heard, for an order pursuant to Rule 12(b)(1) and (b)(6) of the Federal Rules of Civil Procedure, granting dismissal of all claims asserted against BitInstant in the Complaint and for any such other relief that the Court may deem just and proper.

      In accordance with the Court's individual rules, Plaintiffs' answering papers shall be filed and served on October 17, 2013, and Defendant's reply papers shall be filed and served on October 24, 2013.  By separate cover, BitInstant respectfully requests oral argument.

- 2 -

| | |
|---|---|
| Dated: New York, New York.<br>October 3, 2013 | Respectfully submitted,<br><br>Perkins Coie LLP<br>30 Rockefeller Center, 22th Floor<br>New York, NY  10112-0085<br>212.262.6900<br><br>By:   /s/ Jalina J. Hudson_____<br>     Keith W. Miller<br>     Jalina J. Hudson<br>     Jean-Jacques Cabou (*Pro Hac Vice*)<br><br>*Attorneys for Defendant BitInstant, LLC* |